SPIZZ COHEN & SERCHUK, P.C.
Proposed Counsel to **Katsura Construction Inc.**
Debtor and Debtor-in-Possession
425 Park Avenue
New York, NY 10022
(212) 754-9400
Arthur Goldstein, Esq.
Jill Makower, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In re: | Chapter 11 |
| KATSURA CONSTRUCTION INC., | Case No. 14-12176 |
| Debtor. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### AFFIDAVIT OF TAKAYUKI KOMINAMI PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

STATE OF NEW YORK    )
                                            ss.:
COUNTY OF NEW YORK)

Takayuki Kominami, being duly sworn, deposes and says the following:

1.  I am the President and CEO of Katsura Construction Inc., the above-captioned debtor and debtor-in-possession (the "Debtor").

2.  This affidavit is submitted pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York to assist the Court and parties in interest in understanding the circumstances surrounding the commencement of this chapter 11 case and in support of the Debtor's petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

286124v1

3. Except as otherwise indicated, all facts set forth in this affidavit are based upon my personal knowledge, and upon my discussions with the Debtor's financial and legal advisors.

## THE DEBTOR'S BUSINESS

4. The Debtor is a corporation organized and existing pursuant to the laws of the State of New York. The Debtor was incorporated in 2001.

5. The Debtor provides general contracting and architectural woodworking for commercial and residential trade in New York City and the tri-state area. In addition to typical general construction, the Debtor offers construction management and strategic alliances, allowing its clients to select the project delivery system which best suits their needs.

6. The circumstance that led to the Debtor's chapter 11 filing was the entry of a $441,306.75 judgment against the Debtor on July 22, 2014 in an action entitled <u>Leverenz v. Katsura Construction Inc. et. al.</u>, Index No. 69501/2013 pending in the New York Supreme Court, Westchester County. Prior to the issuance of that judgment, the Debtor was in sound financial condition.

## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1007-2

7. Pursuant to Local Rule 1007-2, I represent the following:

    (i) The Debtor's case was not originally commenced under chapter 7 or chapter 13 of the Bankruptcy Code.

    (ii) There is no committee that has been appointed or organized prior to the order for relief in this case.

    (iii) Attached hereto as **Schedule 1** is a list of the twenty (20) largest unsecured claims against the Debtor, excluding insiders.

(iv)    The Debtor has one secured creditor as set forth in the attached **Schedule 2**.

(v)     Attached hereto as **Schedule 3** is a summary of the Debtor's assets and liabilities.

(vi)    I am the sole shareholder and only officer of the Debtor.

(vii)   To the best of my knowledge, none of the Debtor's property is in the possession or control of any custodian, public officer, mortgagee, pledgee, assignee of rents or secured creditor.

(viii)  The Debtor owns no real property. The Debtor leases the premises located at 761 Bruckner Boulevard, Bronx, New York pursuant to a lease with landlord 751-767 Bruckner, LLC dated October 31, 2005 which expires on October 31, 2015 pursuant to an Extension of Term Agreement dated September 7, 2010.

(ix)    The Debtor's principal office and the Debtor's books and records are located at 761 Bruckner Boulevard, Bronx, New York. No assets of the Debtor are held outside the territorial limits of the United States.

(x)     Attached hereto as **Schedule 4** is a list of the actions or proceedings pending where a seizure of Debtor's property may be imminent.

(xi)    The Debtor has six (6) non-union employees including Mr. Kominami and no union employees. The Debtor also utilizes four (4) independent contractors.

(xii)   The Debtor's gross estimated weekly payroll to its employees (exclusive of its sole officer and stockholder Takayuki Kominami) for the thirty (30) day period following the filing of the Debtor's Chapter 11 petition is $3,000. The estimated gross weekly payroll to independent contractors is $3,750.

(xiii)  The gross amount to be paid to Mr. Kominami for the thirty (30) day period following the filing of the Debtor's chapter 11 petition is $3,500.

(xiv)   Attached hereto as **Schedule 5** is a schedule for the thirty (30) day period following the filing of the Debtor's chapter 11 petition, of Debtor's estimated cash receipts and disbursements, net cash gain or loss, and obligations and receivables expected to accrue but remain unpaid other than professional fees.

8. First Day Orders:

    (i) Retention of Professionals – The Debtor will be submitting an application and proposed order for the retention of Spizz Cohen & Serchuk, P.C. as counsel for the Debtor.

    (ii) Order Authorizing Pre-Petition Wages – The Debtor intends to submit a motion and proposed order authorizing the payment of wages to the Debtor's non-management employees. The amounts that will be sought to be paid are less than the amounts set forth in § 507(a)(4) of the Bankruptcy Code.

9. The Debtor respectfully reserves the right to amend or supplement any of the attached Schedules or information in the event that additional information is obtained by the Debtor.

10. The Debtor believes that under the protection of chapter 11, it will be able to maximize value for the benefit of Debtor's creditors.

Dated: New York, New York
July 25, 2014

                                        Takayuki Kominami
                                        President and CEO

## SCHEDULE 1
## TO LOCAL RULE 1007-2 AFFIDAVIT

List of the Twenty (20) Largest Unsecured Claims

against the Debtor, Excluding Insiders

286128v1

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re   Katsura Construction Inc.                                   Case No. _____
                              Debtor(s)                             Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| American Express<br>P.O. Box 1270<br>Newark, NJ 07101-1270 | American Express<br>P.O. Box 1270<br>Newark, NJ 07101-1270 | Credit card | | 50,000.00 |
| Ask Network Technologies, Inc.<br>7 Elm Street<br>Croton on Hudson, NY 10520 | Ask Network Technologies, Inc.<br>7 Elm Street<br>Croton on Hudson, NY 10520 | Trade | | 66,000.00 |
| Bank of America<br>P.O. Box 15796<br>Wilmington, DE 19886-5796 | Bank of America<br>P.O. Box 15796<br>Wilmington, DE 19886-5796 | Credit card | | 24,000.00 |
| Best Air Condition Inc.<br>77-20 164th Street<br>Flushing, NY 11366 | Best Air Condition Inc.<br>77-20 164th Street<br>Flushing, NY 11366 | Trade | | 70,000.00 |
| Chase<br>P.O. Box 9001022<br>Louisville, KY 40290-1022 | Chase<br>P.O. Box 9001022<br>Louisville, KY 40290-1022 | Business line of credit | | 78,709.96 |
| Chase Card Service<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | Chase Card Service<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | Credit card | | 12,000.00 |
| CK Plumbing & Heating<br>67-18 166th Street<br>Fresh Meadows, NY 11365 | CK Plumbing & Heating<br>67-18 166th Street<br>Fresh Meadows, NY 11365 | Trade | | 15,000.00 |
| Hamiltonair<br>35 Mount Vernon Street<br>Ridgefield Park, NJ 07660-1496 | Hamiltonair<br>35 Mount Vernon Street<br>Ridgefield Park, NJ 07660-1496 | Trade | | 5,000.00 |
| Hernandez, Jose<br>103-84 52nd Avenue<br>1st Fl<br>Corona, NY 11368 | Hernandez, Jose<br>103-84 52nd Avenue<br>1st Fl<br>Corona, NY 11368 | Independent contractor / construction | | 1,379.75 |
| Janovic<br>P.O. Box 30208<br>New York, NY 10087 | Janovic<br>P.O. Box 30208<br>New York, NY 10087 | Trade | | 7,000.00 |
| K.O. Construction<br>5622 Delafield Avenue<br>Bronx, NY 10471 | K.O. Construction<br>5622 Delafield Avenue<br>Bronx, NY 10471 | Trade | | 20,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   Katsura Construction Inc.   Case No. _____
                  Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Leverenz, Justin Martin<br>c/o Law Off. of Mark Zimmett<br>445 Park Avenue<br>New York, NY 10022 | Leverenz, Justin Martin<br>c/o Law Off. of Mark Zimmett<br>445 Park Avenue<br>New York, NY 10022 | Judgment entered on July 22, 2014 | | 441,306.75 |
| Pena, Luis<br>145-05 Hillside Avenue<br>#24<br>Jamaica, NY 11435 | Pena, Luis<br>145-05 Hillside Avenue<br>#24<br>Jamaica, NY 11435 | Independent contractor / construction | | 2,200.00 |
| Prince Lumber<br>404 West 15th Street<br>New York, NY 10011 | Prince Lumber<br>404 West 15th Street<br>New York, NY 10011 | Trade | | 14,500.00 |
| R-2 Electric<br>Pier 63 North River<br>New York, NY 10011 | R-2 Electric<br>Pier 63 North River<br>New York, NY 10011 | Trade | | 60,000.00 |
| Rodoriguez-Calderon, Alberto<br>84-48 Manton Street<br>Apt. D1<br>Jamaica, NY 11435 | Rodoriguez-Calderon, Alberto<br>84-48 Manton Street<br>Apt. D1<br>Jamaica, NY 11435 | Independent contractor / construction | | 2,640.00 |
| Rosenweig<br>801 East 135 Street<br>Bronx, NY 10454 | Rosenweig<br>801 East 135 Street<br>Bronx, NY 10454 | Trade | | 9,500.00 |
| Seoul Glass & Interior Inc.<br>94-28 Northern Boulevard<br>Jackson Heights, NY 11372 | Seoul Glass & Interior Inc.<br>94-28 Northern Boulevard<br>Jackson Heights, NY 11372 | Trade | | 40,000.00 |
| TD Auto Finance<br>P.O. Box 9001921<br>Louisville, KY 40290-1921 | TD Auto Finance<br>P.O. Box 9001921<br>Louisville, KY 40290-1921 | Financing for 2013 Ford Econoline Van | | 33,500.00<br><br>(29,000.00 secured) |
| Wohl, Fried, Roth & Kirchenberg, CPAs, PC<br>3 Columbus Circle, Suite 1420<br>New York, NY 10019 | Wohl, Fried, Roth & Kirchenberg, CPAs, PC<br>3 Columbus Circle, Suite 1420<br>New York, NY 10019 | Accounting fees | | 7,950.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   July 25, 2014                    Signature   /s/ Takayuki Kominami
                                                    Takayuki Kominami
                                                    President and CEO

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## SCHEDULE 2
## TO LOCAL RULE 1007-2 AFFIDAVIT

List of the Secured Claims against the Debtor

| Creditor Name | Description of Collateral | Estimated Value of Collateral | Amount of Claim | Disputed |
|---|---|---|---|---|
| TD Auto Finance<br>P.O. Box 9001921<br>Louisville, KY 40290-1921 | 2013 Ford Econoline Van | $29,000.00 | $33,500.00 | No |

286128v1

# SCHEDULE 3
## TO LOCAL RULE 1007-2 AFFIDAVIT

Summary of the Debtor's Assets and Liabilities

### Estimated Assets as of Petition Date

| | |
|---|---|
| Bank deposits | $300,000 |
| Morgan Stanley account balance | $108,000 |
| Accounts receivable | $260,000 |
| Other assets (vehicle, machinery, equipment) | $ 40,000 |
| **Total Assets** | **$708,000** |

### Estimated Liabilities As of Petition Date

| | |
|---|---|
| Secured debt | $     33,500.00 |
| Unsecured debt | $   990,000.00 |
| **Total Liabilities** | **$1,023,500.00** |

286128v1

## SCHEDULE 4
## TO LOCAL RULE 1007-2 AFFIDAVIT

List of Actions or Proceedings Pending

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Leverenz v. Katsura Construction Inc. et. al. Index No. 69501/2013 | Contract | New York Supreme Court, Westchester County | Partial summary judgment granted in favor of plaintiff; Judgment entered on July 22, 2014 against debtor in amount of $441,306.75. The Debtor has alleged third party claims in this action. |
| Artdy Cooke v. Katsura Construction Inc. Index No. 300860/14 | Personal injury | New York Supreme Court, Bronx, County | Pending |

286128v1

## SCHEDULE 5
## TO LOCAL RULE 1007-2 AFFIDAVIT

Thirty Day Period – Cash Receipts and Disbursements

<u>Estimated Cash Receipts for 30 Day Period After Filing Date</u>:  $259,000.00

<u>Estimated Disbursements for 30 Day Period After Filing Date</u>

| | |
|---|---:|
| Vendors and Materials | $190,000.00 |
| Payroll (including Debtor's President / CEO/ sole shareholder) and independent contractors | $27,000.00 |
| Rent | $6,000.00 |
| Medical Insurance | $5,000.00 |
| Leased Equipment (Copier, Spring Machine ) | $900.00 |
| Utilities | $1,600.00 |
| Telephone & Data | $1,600.00 |
| Misc. | $3,000.00 |
| **Total** | **$235,100.00** |

286128v1